**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SONOHM LICENSING LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **LEAPFROG ENTERPRISES, INC.,** <br><br> Defendant. | Case No.: 4:20-cv-02148-HSG <br><br> [~~PROPOSED~~] ORDER MOVING THE CASE MANAGEMENT CONFERENCE <br><br> Judge: Hon. Haywood S. Gilliam, Jr. <br><br> **DEMAND FOR JURY TRIAL** |

The Unopposed Motion to Move the Case Management Conference requesting that the Case Management Conference be moved to July 28, 2020 at 2:00 pm is GRANTED. IT IS ORDERED that the Case Management Conference is moved to July 28, 2020 at 2:00 pm.

IT IS SO ORDERED.

DATED: 6/19/2020

*[signature]*
United States District Judge