# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **SONOHM LICENSING LLC,**<br><br>       Plaintiff,<br><br>v.<br><br>**LEAPFROG ENTERPRISES, INC.,**<br><br>       Defendant. | Case No. 4:20-cv-02148-HSG<br><br>**[PROPOSED]** **ORDER GRANTING JOINT STIPULATION TO STAY ALL DEADLINES**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Stipulation requesting a stay of all deadlines for 30 days is GRANTED.  IT IS ORDERED that all deadlines entered by the Court are stayed for 30 days and the Case Management Conference is cancelled.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/17/2020

_____
United States District Judge